# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**REGINALD HAYES,**

        **Plaintiff,**

-vs-                                         Case No.  2:07-cv-259-FtM-29DNF

**LEE COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE SCOTT and DETECTIVE MAJOR CRIMES UNIT THOMAS A. KONTINOS,**

        **Defendants.**

_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      The Plaintiff, Reginald Hayes filed a Civil Rights Complaint (Doc. 1) on April 25, 2007. He also filed an Affidavit of Indgency (Doc. 2). On April 26, 2007, the Court entered an Order Regarding Prisoner Consent Form and Financial Certificate (Doc. 3). This Order required the Plaintiff to pay the $350.00 filing fee or complete a Prisoner Consent Form and Financial Certificate within thirty (30) days from the date of the Order. The Order also provided "[f]ailure to do so or to explain noncompliance within the allotted time will result in the **dismissal** of this action without further notice." (See, Doc. 3). The Plaintiff filed a Motion for Clarification (Doc. 6) asking that the Court waive his filing fee and allow him to proceed. Pursuant to 28 U.S.C. §1915(b)(1), the Court denied the Plaintiff's request and required him to pay the $350.00 filing fee or provide the Prisoner Consent Form and Financial Certificate. (See, Order, Doc. 8). On June 6, 2007, the Plaintiff still had not paid the filing fee or

provided a Prisoner Consent Form and Financial Certificate. The Court entered an Order (Doc. 11) allowing the Plaintiff until June 27, 2007, to pay the filing fee or file the Prisoner Consent Forms and Financial Certificate. The Order cautioned the Plaintiff that "[i]f the Plaintiff fails to pay the filing fee or provide the completed documents by June 27, 2007, then the Court will recommend that this action be dismissed." As of today's date, the Plaintiff has not paid the $350.00 filing fee nor provided a Prisoner Consent Form and Financial Certificate.

**IT IS RESPECTFULLY RECOMMENDED:**

That this action be dismissed for failure to pay the $350.00 filing fee or provide a Prisoner Consent Form and Financial Certificate, and for failure to comply with Court Orders.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this   9th   day of July, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record